```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GREGORY LAWRENCE DAWSON, | : | CIVIL ACTION |
| | : | NO. 14-2877 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC COOK, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **24th** day of **February, 2017,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Second Motion for Summary Judgment (ECF No. 18) is **GRANTED.**

2. The Clerk of Court shall mark the case as **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**